Alex Spiro
Crystal Nix-Hines
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Fl.
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

Marc S. Gottlieb
ORTOLI ROSENSTADT LLP
366 Madison Ave, 3rd Floor
New York, NY 10017
Tel: (212) 829-8943
Fax: (866) 294-0074

*Attorneys for Defendants Joseph A Fiore,*
*Berkshire Capital Management Company,*
*Inc., and Eat at Joe's, Ltd. n/k/a SPYR, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | ) ) ) | Civil Action No. 7:18-cv-05474 |
| Plaintiff, | ) ) ) | **DECLARATION OF ALEX SPIRO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| v. | ) ) ) | |
| **JOSEPH A. FIORE, BERKSHIRE CAPITAL MANAGEMENT COMPANY, INC., and EAT AT JOE'S, LTD. n/k/a SPYR, INC.**, | ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF ALEXANDER SPIRO

I, Alexander Spiro, declare as follows:

1.      I am a member of the bar of the State of New York and a partner of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Joseph A Fiore ("Fiore"), Berkshire Capital Management Company,  Inc. ("Berkshire"), and Eat at Joe's, Ltd. n/k/a SPYR, Inc. ("EAJ"). I make this declaration  in support of Defendants' Motion to Dismiss the SEC's Complaint, filed concurrently herewith.

2.      Attached as **Exhibit A** is a true and correct copy of Fiore and Berkshire *Wells* Submission, dated May 19, 2017 and made in response to the SEC's *Wells* Notices.

3.      Attached as **Exhibit B** is a true and correct copy of EAJ *Wells* Submission, dated May 19, 2017 and made in response to the SEC's *Wells* Notices.

4.      Attached as **Exhibit C** is a true and correct copy of the Securities and Exchange Commission Website and its definition of "penny stock," located at https://www.sec.gov/fast-answers/answerspennyhtm.html.

5.      Attached as **Exhibit D** is a true and correct copy of EAJ's 2013 form 10-K filing.

6.      Attached as **Exhibit E** is a true and correct copy of EAJ's 2014 form 10-K filing.

7.      Attached as **Exhibit F** is a true and correct copy of Plandai Biotechnology, Inc.'s 2011 form 10-K filing.

8.      Attached as **Exhibit G** is a true and correct copy of Plandai Biotechnology, Inc.'s 2012 form 10-K filing.

9.      Attached as **Exhibit H** is a true and correct copy of Plandai Biotechnology, Inc.'s 2013 form 10-K filing.

10.      Attached as **Exhibit I** is a true and correct copy of Plandai Biotechnology, Inc.'s 2014 form 10-K filing.

11.      Attached as **Exhibit J** is a true and correct copy of Deputy Attorney General James M. Cole Memorandum entitled, "Guidance Regarding Marijuana Enforcement."

12.     Attached as **Exhibit K** is a true and correct copy of a *Huffington Post* article entitled, "Colorado Recreational Pot Sales: Medical Marijuana Shops Get Head Start," located at https://www.huffingtonpost.com/2013/04/25/colorado-medical-marijuana-recreational-pot-sales_n_3157647.html (last visited November 1, 2018).

13.     Attached as **Exhibit L** is a true and correct copy of a *New York Times* article entitled, "How to Legalize Pot," located at https://www.nytimes.com/2013/05/20/opinion/keller-how-to-legalize-pot.html (last visited November 1, 2018).

14.     Attached as **Exhibit M** is a true and correct copy of an article by *The New Yorker* entitled, Going the Distance; On and Off the Road with Barack Obama," located at https://www.newyorker.com/magazine/2014/01/27/going-the-distance-david-remnick (last visited November 1, 2018).

15.     Attached as **Exhibit N** is a true and correct copy of a CNN article by Sanjay Gupta entitled, "Why I changed my mind on Weed," located at https://www.cnn.com/2013/08/08/health/gupta-changed-mind-marijuana/index.html (last visited November 1, 2018).

16.     Attached as **Exhibit O** is a true and correct copy of Plaintiff's Complaint, filed pursuant to Judge Karas' Individual Rules of Practice.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of November, 2018, at New York, New York.



By:  /s/*Alexander Spiro*
      Alexander Spiro
      alexspiro@quinnemanuel.com

## CERTIFICATE OF SERVICE

A copy of the foregoing declaration was served on all counsel of record for the parties via ECF on November 2, 2018

/s/ *Alexander Spiro*
Alexander Spiro